```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 41273
   PETER J PIRY III
   KYLE S PIRY                                  CHAPTER 13

                                                JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-8647    SSN XXX-XX-2707


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/05/04 and confirmed on 04/21/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  30392.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 19000.00 | 1998.92 | 19000.00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | 1456.53 | .00 | 583.48 |
| CPS SECURITY | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT CONTRO | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY INC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1010.54 | .00 | 404.82 |
| CALIRERAD ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL CREDIT CA | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 263.54 | .00 | 105.57 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 552.13 | .00 | 221.18 |
| GLOBAL LOGISTICS | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS BANK JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS BANK JOLIET | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL FOOD STORES | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL FOOD STORES | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL FOOD STORES | UNSECURED | NOT FILED | .00 | .00 |

```
KENDALL TOUREENE            UNSECURED        NOT FILED              .00            .00
LENSCRAFTERS                UNSECURED        NOT FILED              .00            .00
MERCHANTS CREDIT GUIDE      UNSECURED        NOT FILED              .00            .00
MERCHANTS CREDIT GUIDE      UNSECURED        NOT FILED              .00            .00
MERCHANTS CREDIT GUIDE      UNSECURED        NOT FILED              .00            .00
MERCHANTS CREDIT GUIDE      UNSECURED        NOT FILED              .00            .00
MERRICK BANK                UNSECURED          1194.73              .00         478.61
JEFFERSON CAPITAL SYSTEM    UNSECURED           983.81              .00         394.11
CUB FOODS                   UNSECURED            35.00              .00          14.02
CUB FOODS                   UNSECURED           339.30              .00         135.92
NICOR GAS                   UNSECURED           281.54              .00         112.78
ORCHARD BANK                UNSECURED        NOT FILED              .00            .00
PELLETTIERI & ASSOC         UNSECURED        NOT FILED              .00            .00
NCM TRUST                   UNSECURED          1704.37              .00         682.77
RESTAURANT EFUNDS           UNSECURED        NOT FILED              .00            .00
SHERMAN ACQUISITION         UNSECURED        NOT FILED              .00            .00
TRS RECOVERY SERVICES       UNSECURED        NOT FILED              .00            .00
SHAFER & ASSOC              UNSECURED            32.95              .00          13.20
SELECT FINANCIAL SRV        UNSECURED        NOT FILED              .00            .00
COMED                       UNSECURED        NOT FILED              .00            .00
CAPITAL ONE AUTO FINANCE    UNSECURED          3762.84              .00        1507.38
CUB FOODS                   UNSECURED            44.09              .00          17.66
ROUNDUP FUNDING LLC         UNSECURED          1122.16              .00         449.53
```

Summary of disbursements:

```
                      SECURED      PRIORITY    UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED   19000.00           .00     12783.53         .00      31783.53
PRINCIPAL PAID       19000.00           .00      5121.03         .00      24121.03
INTEREST PAID         1998.92           .00           .00        .00       1998.92
TOTAL PAID           20998.92           .00      5121.03         .00      26119.95
```

The Debtor's attorney, GREENBERG & ASSOC            , was allowed $   2700.00
and was paid $    116.00   direct and $   2584.00  through the plan.

The Trustee received $   1296.05 .

Refunds to the Debtor totaled $    392.00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/13/09                 /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

```
                         PAGE  3
   CASE NO. 04 B 41273 PETER J PIRY III & KYLE S PIRY
```